John A. CROSS et al., Appellants,

v.

S. S. KAIMANA, her engines, etc.,
et al., Appellees.

John A. CROSS et al., Appellants,

v.

S. S. LANAKILA, her engines, etc.,
et al., Appellees.

John A. CROSS et al., Appellants,

v.

S. S. ALASKA BEAR, her engines, etc.,
et al., Appellees.

John A. CROSS et al., Appellants,

v.

S. S. PACIFIC BEAR, her engines, etc.,
et al., Appellees.

John A. CROSS et al., Appellants,

v.

S. S. COAST PROGRESS, her engines,
etc., et al., Appellees.

Nos. 21719, 21719–A to 21719–D.

United States Court of Appeals
Ninth Circuit.

Oct. 16, 1968.

Certiorari Denied Feb. 24, 1969.

See 89 S.Ct. 879.

Richard Ernst (argued), John Paul
Jennings (argued), San Francisco, Cal.,
Richard G. Logan, Oakland, Cal., Marvin
C. Taylor, Edgartown, Mass., for appellants.

John Hays (argued), of Dorr, Cooper
& Hays, Severson, Zang, Werson, Berke
& Larson, John F. Meadows, Chief, Adm.
& Shipping Sec., McCutchen, Doyle,
Brown & Enersen, San Francisco, Cal.,
for appellees.

Before POPE, HAMLEY and MER-
RILL, Circuit Judges.

PER CURIAM:

The judgments in the above-entitled
causes, consolidated for trial and appeal,
are affirmed for the reasons stated in
the opinion of the district court reported
*sub nom.* Long Island Tankers Cor-
poration et al. v. S. S. Kaimana et al.,
265 F.Supp. 723.